1  Christopher B. Dolan (SBN 165358)
   Michael J. DePaul (SBN 231641)
2  **THE DOLAN LAW FIRM**
   The Dolan Building
3  1438 Market Street
   San Francisco, CA  94102
4  Tel:  (415) 421-2800
   Fax:  (415) 421-2830
5  chris@cbdlaw.com
   michael.depaul@cbdlaw.com
6
7  Attorneys for Plaintiff
   ANTHONY MALOCO

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO / OAKLAND DIVISION

| | |
|---|---|
| ANTHONY MALOCO, | Case No.: C 13-00238 NC |
| Plaintiff, | **NOTICE OF CONDITIONAL SETTLEMENT OF ENTIRE CASE AND STIPULATED REQUEST FOR ORDER FOR RELIEF** |
| v. | |
| PROMETRIC, INC., a Delaware Corporation; FRANK BOYLE, an individual; and DOES 1-50, inclusive, | |
| Defendants. | |

**THE DOLAN LAW FIRM**
TRIAL LAWYERS
THE DOLAN BUILDING
1438 MARKET STREET
**SAN FRANCISCO, CA** 94102
TEL:  (415) 421-2800
FAX:  (415) 421-2830

-1-

**NOTICE OF CONDITIONAL SETTLEMENT AND STIPULATED REQUEST FOR ORDER FOR RELIEF**

1  The Parties to the captioned-action have reached a Settlement Agreement that resolves all
2  disputes between Plaintiff Anthony Maloco ("Plaintiff") and Defendants Prometric, Inc. and Frank
3  Boyle ("Defendants").  The terms of the Settlement Agreement shall be performed within the next
4  thirty five (35) days. Therefore, the Parties respectfully request that the Court enter a conditional
5  dismissal of this action without prejudice and order Plaintiff to file a dismissal with prejudice
6  immediately upon performance of  the terms of the Settlement Agreement.

7  The Parties also respectfully request that, under the circumstances, the Court relieve them from
8  filing motions in limine and any other required filings, and to vacate the pre-trial conference set for
9  February 12, 2014 and the trial date set for February 24, 2014, to relieve the Court of any burden
10 related to this case while the Parties complete the terms of the Settlement Agreement as identified
11 herein.

**SO STIPULATED:**

DATED: February 7, 2014                              **THE DOLAN LAW FIRM**


By: _____/s/_____
CHRISTOPHER B. DOLAN
MICHAEL J. DEPAUL
Attorneys for Plaintiff


DATED: February 7, 2014                              **ALLEN MATKINS**


By:_____/s/_____

MIKE BETZ
ALEXANDER NESTOR
Attorney for Defendants

**THE DOLAN LAW FIRM**
TRIAL LAWYERS
THE DOLAN BUILDING
1438 MARKET STREET
**SAN FRANCISCO, CA**
94102
TEL:  (415) 421-2800
FAX: (415) 421-2830

## ORDER

Based on Stipulation of the Parties, the Court orders as follows:

1. The Parties are relieved from filing motions in limine and any other required filings;

2. The Court vacates the pre-trial conference set for February 12, 2014 and the trial date set for February 24, 2014;

3. Plaintiff shall file a dismissal of the entire action with prejudice immediately upon performance of the terms of the Settlement Agreement.

This action and all claims asserted herein are dismissed without prejudice. In the event that the terms of the settlement are not performed, any party may move to reopen the case and the trial will be rescheduled, provided that such motion is filed within 45 days of this order.

**IT IS SO ORDERED.**

DATED: February 7, 2014   _____
Magistrate Nathanael Cousins



**THE DOLAN LAW FIRM**
TRIAL LAWYERS
THE DOLAN BUILDING
1438 MARKET STREET
**SAN FRANCISCO, CA**
94102
TEL: (415) 421-2800
FAX: (415) 421-2830

-3-
**NOTICE OF CONDITIONAL SETTLEMENT AND STIPULATED REQUEST FOR ORDER FOR RELIEF**