Christopher B. Dolan (SBN 165358)
christopher.dolan@cbdlaw.com
Michael DePaul (SBN 231641)
michael.depaul@cbdlaw.com
Ghazaleh Modarresi (SBN 259662)
ghazaleh.modarresi@cbdlaw.com
**THE DOLAN LAW FIRM**
The Dolan Building
1438 Market Street
San Francisco, CA  94102
Tel:  (415) 421-2800
Fax:  (415) 421-2830


Attorneys for Plaintiff
ANTHONY MALOCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANTHONY MALOCO,<br><br>    Plaintiff,<br><br>v.<br><br>PROMETRIC, INC., a Delaware Corporation; FRANK BOYLE, and individual; and DOES 1-50, inclusive,<br><br>    Defendants. | Case No. 3:13-CV-00238-NC<br><br>**STIPULATION AND [~~proposed~~] ORDER OF DISMISSAL WITH PREJUDICE** |

1  Pursuant to Fed. R. Civ. P. 41 and local rule 7-12, Plaintiff Anthony Maloco and
2  Defendants Prometric, Inc. and Frank Boyle ("Defendants") jointly stipulate that the Complaint
3  and all claims against Defendants be dismissed with prejudice, with each party to bear its own
4  attorneys' fees and costs.

6  Date: March 27, 2014            THE DOLAN LAW FIRM

8                                  By: _____
9                                  CHRISTOPHER B. DOLAN
                                    MICHAEL DEPAUL
10                                  GHAZALEH MODARRESI
                                    Attorneys for Plaintiff ANTHONY MALOCO

13  Date: March 27, 2014            ALLEN MATKINS LECK GAMBLE
                                    MALLORY & NATSIS LLP
14

15                                  By: _____
16                                  MICHAEL J. BETZ
                                    ALEXANDER NESTOR
17                                  Attorneys for Defendants
18                                  PROMETRIC, INC. and FRANK BOYLE

[~~proposed~~] **ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED, that Plaintiff's Complaint and all of his claims against Defendants Prometric, Inc. and Frank Boyle are dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

**DONE AND ORDERED** in Chambers at San Francisco, California this 31 day of March, 2014.



The Hon. Nathanael M. Cousins

GRANTED

Judge Nathanael M. Cousins

THE DOLAN LAW FIRM
The Dolan Building
1438 Market Street
San Francisco, CA 94102
Tel: (415) 421-2800
Fax: (415) 421-2830